Certificate Number: 05781-TXW-DE-041562837

Bankruptcy Case Number: 26-70217

05781-TXW-DE-041562837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2026, at 9:12 o'clock AM PDT, Jonathan Pena Rosales completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: October 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President